**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DAVID M. CARROLL** **PETITIONER**
**ADC #161566**

**v.** **Case No: 4:25-cv-00940-LPR**

**DEXTER PAYNE** **RESPONDENT**

# JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE